**TUCKER ELLIS LLP**
MOLLIE F. BENEDICT SBN 187084
mollie.benedict@tuckerellis.com
JOSHUA J. WES SBN 238541
joshua.wes@tuckerellis.com
KAITLYN N. PANGBURN SBN 336346
kaitlyn.pangburn@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Defendants ETHICON, INC. and
JOHNSON & JOHNSON

**DOLAN LAW FIRM, PC**
CHRISTOPHER B. DOLAN SBN 165358
chris.dolan@dolanlawfirm.com
LOURDES DEARMAS SBN 210167
Lourdes.dearmas@dolanlawfirm.com
1438 Market Street
San Francisco, CA 94102
Telephone:  415.421.2800
Facsimile:  415.421.2830

Attorneys for Plaintiffs DAWN WILLIAMS and
DANIEL WILLIAMS

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN WILLIAMS and DANIEL WILLIAMS, | Case No. 4:21-cv-04285-HSG |
| Plaintiffs, | **STIPULATION TO PERMIT FILING OF A FIRST AMENDED COMPLAINT AND EXTEND TIME FOR DEFENDANTS TO RESPOND; ORDER** |
| v. | |
| ETHICON WOMEN'S HEALTH AND UROLOGY, a Division of ETHICON, INC.; GYNECARE, a Division of ETHICON, INC.; ETHICON, INC.; and JOHNSON & JOHNSON, | |
| Defendants. | |

### TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Defendants Ethicon, Inc. and Johnson & Johnson ("Defendants") and Plaintiffs Dawn Williams and Daniel Williams ("Plaintiffs"), by and through their respective undersigned counsel, hereby submit this Stipulation to Permit Filing of First Amended Complaint and to Extend Time for Defendants to Respond to First Amended Complaint based on the following:

#### RECITALS

1.    Plaintiffs initiated this matter by filing a Complaint in the United States District Court, Northern District of California on June 4, 2021 (ECF No. 1).

2.      On August 20, 2021, Plaintiffs served the Summons and Complaint.

3.      On September 7, 2021, the Court granted the parties' stipulation to extend Defendants' time to respond to the Complaint from September 10, 2021 to October 8, 2021 (ECF No. 16).

4.      Subsequently, counsel for Defendants and counsel for Plaintiffs met and conferred on Defendants' intention to file a Motion to Dismiss pursuant to Federal Rule of Procedure 12(b)(6).  In lieu of Defendants filing the Motion to Dismiss, the parties agreed that Plaintiffs would file a First Amended Complaint on or before October 22, 2021.

5.      The parties further agreed to Defendants' response to the First Amended Complaint being due on or before November 19, 2021.

## **STIPULATION**

THEREFORE, the parties, by and through their respective undersigned counsel, stipulate and agree to the following, and respectfully request that the Court enter this stipulation as an order:

Plaintiffs' deadline to file a First Amended Complaint is October 22, 2021.

Defendants' deadline to respond to the First Amended Complaint will be November 19, 2021.

IT IS SO STIPULATED.

///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION TO PERMIT FILING OF A FIRST AMENDED COMPLAINT AND EXTEND TIME FOR DEFENDANTS TO RESPOND;  ORDER

TUCKER ELLIS LLP

Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis

DATED:  October 4, 2021                    DOLAN LAW FIRM, PC


                                           By:  /s/ Lourdes DeArmas
                                                Lourdes DeArmas
                                                Attorneys for Plaintiffs
                                                DAWN WILLIAMS and
                                                DANIEL WILLIAMS


DATED:  October 4, 2021                    Tucker Ellis LLP


                                           By:  /s/ Joshua J. Wes
                                                Joshua J. Wes
                                                joshua.wes@tuckerellis.com
                                                Attorneys for Defendants
                                                ETHICON, INC. and
                                                JOHNSON & JOHNSON

### SIGNATURE ATTESTATION

   Pursuant to Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


DATED:  October 4, 2021                    TUCKER ELLIS LLP


                                           By:  /s/ Joshua J. Wes
                                                Joshua J. Wes
                                                Attorneys for Defendants
                                                ETHICON, INC. and
                                                JOHNSON & JOHNSON

STIPULATION TO PERMIT FILING OF A FIRST AMENDED COMPLAINT AND EXTEND TIME FOR
DEFENDANTS TO RESPOND; ORDER

1

## ORDER

2    **IT IS ORDERED** that the Plaintiffs shall file a First Amended Complaint on or before October

3    22, 2021. It is further ordered that Defendants shall file a response to the First Amended Complaint on

4    or before November 19, 2021.

5        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7    DATED:  10/5/2021

8                                              The Honorable Haywood S. Gilliam, Jr.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO PERMIT FILING OF A FIRST AMENDED COMPLAINT AND EXTEND TIME FOR
DEFENDANTS TO RESPOND; ORDER

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis