TUCKER ELLIS LLP
Mollie F. Benedict SBN 187084
mollie.benedict@tuckerellis.com
Joshua J. Wes SBN 238541
joshua.wes@tuckerellis.com
Kaitlyn N. Pangburn SBN 336346
kaitlyn.pangburn@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Defendants
ETHICON, INC. and
JOHNSON & JOHNSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAWN WILLIAMS and DANIEL WILLIAMS, | Case No. 4:21-cv-04285-HSG |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUICE AS TO DEFENDANTS ETHICON WOMEN'S HEALTH AND UROLOGY AND GYNECARE; ORDER** |
| v. | |
| ETHICON WOMEN'S HEALTH AND UROLOGY, a Division of ETHICON, INC.; GYNECARE, a Division of ETHICON, INC.; ETHICON, INC.; and JOHNSON & JOHNSON, | Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Plaintiffs Dawn Williams and Daniel Williams and Defendants Ethicon, Inc. and Johnson & Johnson, by and through their respective undersigned counsel, hereby submit this Joint Stipulation of Dismissal Without Prejudice as to Defendants Ethicon Women's Health and Urology and Gynecare.

The parties request that the Court enter an order dismissing without prejudice Plaintiffs Dawn Williams and Daniel Williams' claims in this action as against Defendants Ethicon Women's Health and Urology and Gynecare, with each party bearing its own attorneys' fees and costs.

///

///

///

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 16, 2021 | DOLAN LAW FIRM, PC |
| 3 | | |
| 4 | | By: /s/ Lourdes DeArmas |
| 5 | | Lourdes DeArmas |
| | | Attorneys for Plaintiffs |
| 6 | | DAWN WILLIAMS and DANIEL WILLIAMS |
| 7 | | |
| 8 | DATED: December 16, 2021 | TUCKER ELLIS LLP |

By: /s/ Joshua J. Wes
Joshua J. Wes
Attorneys for Defendants
JOHNSON & JOHNSON and
ETHICON, INC.

### **SIGNATURE ATTESTATION**

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 16, 2021                TUCKER ELLIS LLP

By: /s/ Joshua J. Wes
Joshua J. Wes
Attorneys for Defendants
JOHNSON & JOHNSON and
ETHICON, INC.

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that Defendants Ethicon Women's Health and Urology and Gynecare are dismissed without prejudice. **IT IS SO ORDERED**.

DATED: 12/20/2021

_____
The Honorable Haywood S. Gilliam, Jr.